DENBO *v.* TIPTON.—On Appeal.

THIS was a bill in chancery filed by *John Denbo*, to procure the specific performance of a contract alleged to have been made by *John Tipton* with the mother of the complainant for the conveyance of a tract of land to the complainant on his arrival at the age of majority, in consideration of the mother's relinquishing to the said *Tipton* the care and control of the complainant until his arrival at that age. The case was heard on the bill, exhibits, and depositions, and the bill was dismissed.

There seems to be no case made by the bill, or by the facts proved, upon which relief can be granted. The agreement with the mother, and *Tipton's* failure to perform it, might possibly afford ground for an action for damages or for services, but it does not appear that there

was any such agreement for the conveyance of the land, as would authorize a decree for a specific performance at the suit of the son.

May Term, 1850.

*D. D. Pratt*, for the plaintiff.

*S. Yandes*, for the defendant.